# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| 3955 E CHARLESTON BLVD, LLC | : Case No. 09-10027 (KG) |
| Debtor. | : Re: Docket No. 207 |

## ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR

Pursuant to the agreement of the Debtor and this Order, Debtor and Secured Party Capmark Finance, Inc. (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties in an effort to expedite the resolution of this case. Accordingly, it is hereby:

**ORDERED** that the Parties shall engage in mediation on or before March 31, 2010;

**ORDERED** that, pursuant to the agreement of the parties, the Hon. Francis G. Conrad is appointed to serve as mediator;

**ORDERED** that the mediation will be held in New York City at a location agreed to by the Parties;

**ORDERED** that the costs of the mediation shall be split equally between the Parties; and it is further

**ORDERED** that this mediation shall be conducted in accordance with the procedures, deadlines, and other provisions set forth in Local Rule 9019-5 of the United States Bankruptcy Court of the District of Delaware.

Dated: February 18, 2010
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Court Judge

B TML 888419 v2
1039334-000081 01/28/2010